**No. 11-5866. Stephen C. Sayre, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 353, 181 L. Ed. 2d 223, 2011 U.S. LEXIS 6914.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 434 Fed. Appx. 622.

**No. 11-5870. Roberto Garcia Casares, Petitioner v. United States.**

565 U.S. 924, 132 S. Ct. 353, 181 L. Ed. 2d 223, 2011 U.S. LEXIS 7071.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5871. Angel Gonzalez-Mendez, Petitioner v. United States.**

565 U.S. 924, 132 S. Ct. 353, 181 L. Ed. 2d 223, 2011 U.S. LEXIS 6905.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 652 F.3d 56.

**No. 11-5872. Antwan Hornbuckle, Petitioner v. United States.**

565 U.S. 924, 132 S. Ct. 353, 181 L. Ed. 2d 223, 2011 U.S. LEXIS 6921.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 427 Fed. Appx. 172.

**No. 11-5874. Terrance Montay Hadnot, Petitioner v. United States.**

565 U.S. 924, 132 S. Ct. 354, 181 L. Ed. 2d 223, 2011 U.S. LEXIS 6828.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 439 Fed. Appx. 654.

**No. 11-5875. Michael Wayne Helmick, Petitioner v. United States.**

565 U.S. 924, 132 S. Ct. 354, 181 L. Ed. 2d 223, 2011 U.S. LEXIS 7008.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 424 Fed. Appx. 373.

**No. 11-5876. Rafael Fulgencio, aka Roberto Guzman Ortiz, Petitioner v. United States.**

565 U.S. 924, 132 S. Ct. 354, 181 L. Ed. 2d 223, 2011 U.S. LEXIS 7088.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 424 Fed. Appx. 365.

**No. 11-5877. Tony Hawk, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

565 U.S. 924, 132 S. Ct. 354, 181 L. Ed. 2d 223, 2011 U.S. LEXIS 7100,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5880. DeLarron Keith Washington, Petitioner v. Ray Hobbs, Director, Arkansas Department of Corrections.**

565 U.S. 924, 132 S. Ct. 354, 181 L. Ed. 2d 223, 2011 U.S. LEXIS 6916.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.